UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:16-cv-62219-BLOOM/Valle

HOWARD COHAN,

    Plaintiff,

vs.

GALT OCEAN FOODS, INC.,

    Defendant(s).
_____/

## PLAINTIFF'S NOTICE OF PENDING SETTLEMENT

Plaintiff, HOWARD COHAN ("Plaintiff"), by and through undersigned counsel, pursuant to Local Rule 16.2(f)(2), hereby gives notice that Plaintiff and Defendant, GALT OCEAN FOODS, INC., have reached an agreement for settlement, and are in the process of finalizing the settlement documents. The parties respectfully request twenty-one (21) days to finalize the settlement documents and file proper pleadings to close this matter out.

Dated: October 31, 2016.

                                          BY: /s/ Peter S. Leiner
                                                  Jason S. Weiss
                                                    Jason@jswlawyer.com
                                                    Florida Bar No. 356890
                                                    Peter S. Leiner
                                                    Peter@jswlawyer.com
                                                    Florida Bar No. 104527
                                                    **WEISS LAW GROUP, P.A.**
                                                    5531 N. University Drive, Suite 103
                                                    Coral Springs, FL 33067
                                                    Tel: (954) 573-2800
                                                    Fax: (954) 573-2798
                                                    Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31ST day of October, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which automatically gives notice to all parties of record.

                                     BY: /s/ Peter S. Leiner
                                           Jason S. Weiss
                                           Jason@jswlawyer.com
                                           Florida Bar No. 356890
                                           Peter S. Leiner
                                           Peter@jswlawyer.com
                                           Florida Bar No. 104527