UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-cv-62219-BLOOM/Valle

HOWARD COHAN,

    Plaintiff,

v.

GALT OCEAN FOODS, INC.,
d/b/a MCDONALD'S #7253,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court upon Plaintiff Howard Cohan's ("Plaintiff") Notice of Pending Settlement, ECF No. [10], filed on October 31, 2016, which indicates that the parties have reached a settlement of the claims asserted in this case.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation for dismissal on or before **November 21, 2016**.

2. The Clerk of Court shall **CLOSE** this case for administrative purposes only.

3. All pending deadlines are **TERMINATED**.

**DONE AND ORDERED** in Miami, Florida 31st day of October, 2016.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record